IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. CIV S-09-1515-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. RAMOS, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are the parties' separate requests (Docs. 29 and 31) for modification of the scheduling order to allow additional time for discovery and filing of dispositive motions.[1] Good cause appearing therefor, the requests are granted. Discovery is hereby re-opened. The parties may conduct discovery until July 20, 2011. All discovery requests

///

///

///

---

[1] In his request, plaintiff also seeks reconsideration of the court's December 17, 2010, order. That portion of plaintiff's request will be addressed by separate order.

1

1 | must be served by this date, with any motions to compel filed within 60 days of this date.
2 | Dispositive motions shall be filed by November 21, 2011.
3 |         IT IS SO ORDERED.
4 |
5 | DATED: May 18, 2011
6 |
7 |                                **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE