**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TIMOTHY WATTS,                                     No. CIV S-09-1515-KJM-CMK-P

      Plaintiff,

  vs.                                                            <u>ORDER</u>

R. RAMOS, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff's motion for reconsideration of the Magistrate Judge's December 17, 2010 order (Doc. 31) is pending before the court.

        As provided by Local Rule 303(b), "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days calculated from the date of service of the ruling on the parties . . . ." Here, the motion for reconsideration of the Magistrate Judge's order is dated January 25 and was filed on January 27, 2011, which is more than 14 days from the date of service of the order. The motion is, therefore, untimely.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 31) is denied as untimely; and

2. No further motions for reconsideration of the Magistrate Judge's December 17, 2010 order will be considered.

DATED: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

2