IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. CIV S-09-1515-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. RAMOS, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (Doc. 35). It is not clear whether plaintiff seeks an order compelling initial responses to discovery requests or further responses. This is because plaintiff does not state the dates discovery was served, whether defendants responded, and, if so, how responses are inadequate. Absent this basic information, the court cannot evaluate whether relief is warranted.

/ / /

/ / /

/ / /

/ / /

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc.
2 35) is denied.

4  DATED: August 10, 2011

                                                      **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE