IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. CIV S-09-1515-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. RAMOS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the United States Marshal Service's request for reimbursement of service fees pursuant to Federal Rule of Civil Procedure 4(d)(2) (Doc. 15). Defendants are directed to file a response to the United States Marshal Service's request within 30 days of the date of this order. Failure to respond will be deemed consent to the relief requested.

IT IS SO ORDERED.

DATED: September 8, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1