IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS, | No. 2:09-CV-1515-KJM-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| R. RAMOS, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 68) for issuance of a subpoena by the Clerk of the Court. Pursuant to the court's May 19, 2011, order, discovery closed on July 20, 2011. Because discovery is closed, plaintiff's motion is denied.

IT IS SO ORDERED.

DATED: May 20, 2013

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE